LOKEN–FLACK, LLC, A Colorado Limited Liability Company, Lynn Loken, Plaintiffs–Appellants

v.

NOVOZYMES BIOAG, INC., A Delaware Corporation, Defendant–Appellee.

No. 2015–1026.

United States Court of Appeals, Federal Circuit.

June 5, 2015.

Alan Blakley, Blakley Justice LLC, Longmont, CO, for plaintiffs-appellants.

John J. Cotter, K & L Gates LLP, Boston, MA, argued for defendant-appellee. Also represented by Andrea B. Reed.

REYNA, PLAGER, and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**